OPINION — AG — ** PHYSICIAN FEES — INSANE PERSONS — JUDGMENT ** IN THIS LETTER YOU REFER TO THE COMPENSATION OF PHYSICIANS FOR MAKING EXAMINATION OF ALLEGED INSANE PERSONS. YOUR REFER TO 35 O.S. 61 [35-61] AND STATE THAT YOUR COUNTY JUDGE HAS BEEN FOLLOWING THE PRACTICE OF ALLOWING EACH PHYSICIAN A FEE OF $10.00 (1949) BUT THAT THE COURT CLERK HAS RAISED THE QUESTION AS TO THE RIGHT OF SUCH PAYMENT OF THE COURT FUND . . . — CHECK WITH THE MENTAL HEALTH BOARD FOR COMPENSATION. (SAM H. LATTIMORE)